# EXHIBIT B

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE

*21038*



Index no : 18-CV-03117-ADS-SIL
Filed Date: 05/29/2018

| Plaintiff(s): | IGOR VIDYASHEV |
|---|---|
| | -vs- |
| Defendant(s): | VISUAL ID SOURCE, INC. |

STATE OF NEW YORK
COUNTY OF NASSAU ss.:

**ARIEL FUENTES**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of NEW YORK:

On **06/08/2018** at **10:44 AM**, deponent served the within **SUMMONS IN A CIVIL ACTION; COMPLAINT WITH JURY TRIAL DEMANDED; EXHIBITS; CIVIL COVER SHEETS** on **VISUAL ID SOURCE** at **65 EAST 2ND STREET, MINEOLA, NY11501** in the manner indicated below:

By delivering a true copy of each to and leaving with **MIKE K., RECEPTIONIST** who stated he/she is authorized to accept service on behalf the corporation/government entity.

A description of the VISUAL ID SOURCE, or other person served on behalf of the VISUAL ID SOURCE is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| Male | Middle Eastern | Black | 25-35 | 5ft 9in - 6ft 0in | 161-200 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on
the 8th day of June, 2018

David Y. Greenberg
Notary Public. State of New York
No. 01GR6185299
Qualified in Nassau County
Commission Expires April 14, 2020

x _Ariel Fuentes_
ARIEL FUENTES
THOMAS COURT SERVICES
4834 SWISS AVENUE
DALLAS,TX75204
214-220-0226

LIEBOWITZ LAW FIRM, PLLC
11 SUNRISE PLAZA, SUITE 305
VALLEY STREAM NY11580