# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Igor Vidyashev

                         **Plaintiff**

                                                          2:18 Civ. 3117 (ADS-SIL)

- against -

                                                          **CLERK'S CERTIFICATE**

Visual ID Source, Inc.                                  **OF DEFAULT**

                        **Defendant**
-------------------------------------------------------------X

      I, DOUGLAS C. PALMER, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on May 25, 2018 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Visual UD Source, Inc. on June 8, 2018, by personally serving the Corporate Agent and proof of service was therefore filed on June 8, 2018. I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: Central Islip, New York
         December 19, 2018

                                                  **DOUGLAS C. PALMER**
                                                  **Clerk of Court**

                                                 /s/ Laurie Coleman
                                       By: _____
                                                  **Clerk of Court**