# EXHIBIT D

Case 2:18-cv-03117-JS-SIL   Document 16-4   Filed 06/25/21   Page 1 of 2 PageID #: 137

## Expenses

Add Expense

Expenses

Full Report | Grid Edit | Email | More ▼  2 Expenses

| | Name | Date | Cost | Reimbursement Status | Certificate # | Application # | Case Number | Include In Settlement | Record ID# |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | U.S. District Court Filing Fee | 05-25-2018 | $400.00 | | | | 000280-000007 | ✔ | 2388 |
| ☐ | Service of Process | 05-29-2018 | $168.00 | | | | 000280-000007 | ✔ | 2506 |
| TOT | | | $568.00 | | | | | | |

## Settlements