UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

IGOR VIDYASHEV,

                      Plaintiff,

  - against -

VISUAL ID SOURCE, INC.

                      Defendant.

Docket No. 2:18-cv-03117-JS-SIL

**DECLARATION OF IGOR VIDYASHEV**

---

I, IGOR VIDYASHEV, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge:

1. I am the plaintiff in this action.

2. I respectfully submit this declaration in support of my application for entry of default judgment against Visual ID Source, Inc. ("Defendant") pursuant to Fed.R.Civ.P. 55(b) and Local Rule 55.2(b).

3. I am the author and copyright claimant of the registered photograph of the Rock band Bon Jovi that is the subject of this litigation (the "Photograph"). Attached as Exhibit A is a true and correct copy of the Photograph.

4. Defendant displayed the Photograph in an article on its commercial website at URL www.custombuildingsigns.com/gallery (the "Website") without my authorization. Attached as Exhibit B is a true and correct copy of a screenshot from Defendant's website showing where the Photograph was prominently displayed.

5. I am in possession of a copyright registration certificate, bearing no. VA 2-097-958, with the effective date of January 26, 2018 (the 958 Registration"). Attached as <u>Exhibit C</u> is a true and correct copy of the 958 Registration certificate.

6. The Photograph is on deposit with the 958 Registration.

7. Although there is no licensing fee history for the Photograph, I estimate that I would have been entitled to charge up to $2900.00 for use of the Photograph in the manner used by Defendant.

8. As evidence to support this damages claim, I respectfully submit as a benchmark license fee for a similar photograph of the portrait of Bon Jovi that is available for license on the website of leading stock photography agency Getty Images, Inc. ("Getty"). Attached as <u>Exhibit D</u> is a true and correct copy of the benchmark license fee, showing that a similar photograph license on Getty in the amount of $2900.00 for use in an editorial style article intended to indirectly promote a product or service for a period of 3 years in the United States in the industry of arts & entertainment.

Dated: June 25, 2021  
Toronto - Canada

_____  
IGOR VIDYASHEV