# EXHIBIT C

Case 2:18-cv-03117-JS-SIL   Document 17-3   Filed 06/25/21   Page 1 of 17 PageID #: 145

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-097-958**

**Effective Date of Registration:**
January 26, 2018

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration of Published Photographs- Igor Vidyashev; 2013 photos: all published 9.21.13-12.16.13, 647 photos |
| **Content Title:** | IVP_0800.JPG |
| | IVP_0808.JPG |
| | IVP_0810.JPG |
| | IVP_0813.JPG |
| | IVP_0817.JPG |
| | IVP_0820.JPG |
| | IVP_0823.JPG |
| | IVP_0825.JPG |
| | IVP_0840.JPG |
| | IVP_0843.JPG |
| | IVP_0845.JPG |
| | IVP_0860.JPG |
| | IVP_0903.JPG |
| | IVP_0906.JPG |
| | IVP_0952.JPG |
| | IVP_0967.JPG |
| | IVP_0988.JPG |
| | IVP_1034.JPG |
| | IVP_1035.JPG |
| | IVP_1057.JPG |
| | IVP_1068.JPG |
| | IVP_1069.JPG |
| | IVP_1086.JPG |
| | IVP_1089.JPG |
| | IVP_1090.JPG |
| | IVP_1091.JPG |
| | IVP_1109.JPG |
| | IVP_1134.JPG |
| | IVP_1154.JPG |
| | IVP_1156.JPG |
| | IVP_1157.JPG |
| | IVP_1177.JPG |
| | IVP_1179.JPG |
| | IVP_1180.JPG |
| | IVP_1182.JPG |
| | IVP_1186.JPG |
| | IVP_1203.JPG |

IVP_1221.JPG
IVP_1226.JPG
IVP_1227.JPG
IVP_1231.JPG
IVP_1319.JPG
IVP_1329.JPG
IVP_1341.JPG
IVP_1343.JPG
IVP_1344.JPG
IVP_1346.JPG
IVP_1362.JPG
IVP_1363.JPG
IVP_1390.JPG
IVP_1403.JPG
IVP_1418.JPG
IVP_1422.JPG
IVP_1433.JPG
IVP_1434.JPG
IVP_1435.JPG
IVP_1436.JPG
IVP_1437.JPG
IVP_1460.JPG
IVP_1473.JPG
IVP_1482.JPG
IVP_1489.JPG
IVP_1511.JPG
IVP_1512.JPG
IVP_1513.JPG
IVP_1553.JPG
IVP_1569.JPG
IVP_1571.JPG
IVP_1595.JPG
IVP_1606.JPG
IVP_1635.JPG
IVP_1653.JPG
IVP_1718.JPG
IVP_1720.JPG
IVP_1721.JPG
IVP_1723.JPG
IVP_1744.JPG
IVP_1751.JPG
IVP_1777.JPG
IVP_1801.JPG
IVP_1828.JPG
IVP_1910.JPG
IVP_1923.JPG
IVP_1925.JPG
IVP_1936.JPG
IVP_1937.JPG
IVP_1944.JPG
IVP_1950.JPG
IVP_1955.JPG
IVP_2010.JPG
IVP_2058.JPG
IVP_2067.JPG
IVP_2069.JPG
IVP_2075.JPG
IVP_2141.JPG



IVP_2142.JPG
IVP_2144.JPG
IVP_2153.JPG
IVP_2173.JPG
IVP_2195.JPG
IVP_2235.JPG
IVP_2307.JPG
IVP_2310.JPG
IVP_2321.JPG, 9.21.13

IVP_2331.JPG
IVP_2348.JPG
IVP_2349.JPG
IVP_2357.JPG
IVP_2367.JPG
IVP_2378.JPG
IVP_2398.JPG
IVP_2462.JPG
IVP_2470.JPG
IVP_2528.JPG
IVP_2562.JPG
IVP_2568.JPG
IVP_2575.JPG
IVP_2611.JPG
IVP_2613.JPG
IVP_2645.JPG
IVP_2658.JPG
IVP_2659.JPG
IVP_2668.JPG
IVP_2688.JPG
IVP_2696.JPG
IVP_2699.JPG
IVP_2708.JPG
IVP_8097.JPG
IVP_8099.JPG
IVP_8100.JPG
IVP_8101.JPG
IVP_8114.JPG, 9.30.13

IVP_2775.JPG
IVP_2800.JPG
IVP_2803.JPG
IVP_2805.JPG
IVP_2854.JPG
IVP_2873.JPG
IVP_2889.JPG
IVP_8128.JPG
IVP_8143.JPG
IVP_8158.JPG
IVP_8163.JPG
IVP_8169.JPG
IVP_8177.JPG
IVP_8187.JPG
IVP_8188-2.JPG
IVP_8188.JPG
IVP_8203.JPG
IVP_8208.JPG
IVP_8212.JPG

IVP_8264-2.JPG
IVP_8264.JPG
IVP_8266.JPG
IVP_8268.JPG
IVP_8273.JPG
IVP_8276.JPG
IVP_8297.JPG
IVP_8302.JPG
IVP_8303.JPG
IVP_8321.JPG, 9.30.13

IVP_3118.JPG
IVP_3124.JPG
IVP_3134.JPG
IVP_3147.JPG
IVP_3155.JPG
IVP_3158.JPG
IVP_3171.JPG
IVP_3182.JPG
IVP_3193.JPG, 10.19.13

IVP_4111.JPG
IVP_4136.JPG
IVP_4139.JPG
IVP_4151.JPG
IVP_4156.JPG
IVP_4171.JPG
IVP_4193.JPG
IVP_4201.JPG
IVP_4219.JPG
IVP_4236.JPG
IVP_4244.JPG
IVP_4273.JPG
IVP_4290.JPG
IVP_4398.JPG
IVP_4436.JPG
IVP_4453.JPG
IVP_4496-2.JPG
IVP_4496-3.JPG
IVP_4496.JPG
IVP_4571.JPG
IVP_4587.JPG
IVP_8406.JPG
IVP_8426.JPG
IVP_8434.JPG
IVP_8437.JPG
IVP_8438.JPG
IVP_8447.JPG
IVP_8466.JPG
IVP_8470.JPG
IVP_8484.JPG
IVP_8527.JPG
IVP_8551.JPG
IVP_8554.JPG
IVP_8557-2.JPG
IVP_8557.JPG
IVP_8601.JPG
IVP_8609.JPG

IVP_8625.JPG
IVP_8654.JPG
IVP_8677.JPG
IVP_8704.JPG
IVP_8720.JPG
IVP_8731.JPG
IVP_8739-2.JPG
IVP_8739.JPG, 10.22.13

IVP_5342.JPG
IVP_5365.JPG
IVP_5369.JPG
IVP_5370.JPG
IVP_5373.JPG
IVP_5381.JPG
IVP_5385.JPG
IVP_5388.JPG
IVP_5389.JPG
IVP_5391.JPG
IVP_5392.JPG
IVP_5396.JPG
IVP_5400.JPG
IVP_5407.JPG
IVP_5410.JPG
IVP_5413.JPG
IVP_5420.JPG
IVP_5422.JPG
IVP_5424.JPG
IVP_5427.JPG
IVP_5428.JPG
IVP_5429.JPG
IVP_5430.JPG
IVP_5437.JPG
IVP_5459.JPG
IVP_5469.JPG
IVP_5471.JPG
IVP_5473.JPG
IVP_5478.JPG
IVP_5496.JPG
IVP_5529.JPG
IVP_5533.JPG
IVP_5546.JPG
IVP_8792.JPG
IVP_8798.JPG
IVP_8805.JPG
IVP_8854.JPG
IVP_8863.JPG
IVP_8868.JPG
IVP_8870.JPG
IVP_8877.JPG
IVP_8896.JPG
IVP_8902.JPG
IVP_8906.JPG
IVP_8924.JPG
IVP_8925.JPG
IVP_8926.JPG
IVP_8930.JPG
IVP_8933.JPG

IVP_8936.JPG
IVP_8943.JPG
IVP_8948.JPG
IVP_8950.JPG
IVP_8963.JPG
IVP_8964.JPG
IVP_8967.JPG
IVP_8990.JPG
IVP_9015.JPG
IVP_9022.JPG
IVP_9023.JPG
IVP_9037.JPG
IVP_9053.JPG
IVP_9069.JPG
IVP_9086.JPG
IVP_9092.JPG
IVP_9119.JPG
IVP_9146.JPG
IVP_9179.JPG
IVP_9180.JPG
IVP_9190.JPG
IVP_9192.JPG
IVP_9196.JPG
IVP_9201.JPG
IVP_9227.JPG
IVP_9236.JPG, 11.2.13

IVP_3216.JPG
IVP_3253.JPG
IVP_3278.JPG
IVP_3289.JPG
IVP_3338.JPG
IVP_3368.JPG
IVP_3390.JPG
IVP_3448.JPG
IVP_3495.JPG
IVP_3552.JPG
IVP_3570.JPG
IVP_3581.JPG
IVP_3591.JPG
IVP_3601.JPG
IVP_3604.JPG
IVP_3621.JPG
IVP_3630.JPG
IVP_3632.JPG
IVP_3650.JPG
IVP_3667.JPG
IVP_3680.JPG
IVP_3701.JPG
IVP_3707.JPG
IVP_3718.JPG
IVP_3752.JPG
IVP_3768.JPG
IVP_3770.JPG
IVP_3795.JPG
IVP_3843.JPG
IVP_3856.JPG
IVP_3887.JPG

IVP_3915.JPG
IVP_3961.JPG
IVP_3968.JPG
IVP_8362.JPG, 11.19.13

IVP_0037.JPG
IVP_0046.JPG
IVP_0060.JPG
IVP_0061.JPG
IVP_0066.JPG
IVP_0087.JPG
IVP_0131.JPG
IVP_0200.JPG
IVP_0217.JPG
IVP_0226.JPG
IVP_0251.JPG
IVP_0263.JPG
IVP_0284.JPG
IVP_7296.JPG
IVP_7349.JPG
IVP_7388.JPG
IVP_7446.JPG
IVP_9931.JPG
IVP_9971.JPG
IVP_9980.JPG
IVP_9991.JPG, 11.20.13

IVP_0324.JPG
IVP_0345.JPG
IVP_0351.JPG
IVP_0381.JPG
IVP_0423.JPG
IVP_0436.JPG
IVP_0475.JPG
IVP_0481.JPG
IVP_0482.JPG
IVP_0483.JPG
IVP_0484.JPG
IVP_0486.JPG
IVP_0505.JPG
IVP_0514.JPG
IVP_0525.JPG
IVP_0541-2.JPG
IVP_0541.JPG
IVP_0544.JPG
IVP_0547.JPG
IVP_0550.JPG
IVP_0556.JPG
IVP_0557.JPG
IVP_0561.JPG
IVP_0583.JPG
IVP_0586.JPG
IVP_0600.JPG
IVP_0607.JPG
IVP_0615.JPG
IVP_0619.JPG
IVP_0635.JPG
IVP_0639.JPG

IVP_0660.JPG
IVP_0668.JPG
IVP_0693.JPG
IVP_0723.JPG
IVP_0739.JPG
IVP_0741.JPG
IVP_0744.JPG
IVP_0746.JPG
IVP_0751.JPG
IVP_0762.JPG
IVP_0774.JPG
IVP_0783.JPG
IVP_0787.JPG
IVP_0798.JPG
IVP_7497.JPG
IVP_7506.JPG
IVP_7519.JPG
IVP_7532.JPG
IVP_7549.JPG
IVP_7551.JPG
IVP_7553.JPG
IVP_7554.JPG
IVP_7556.JPG
IVP_7574.JPG
IVP_7584.JPG
IVP_7612.JPG
IVP_7631.JPG
IVP_7698.JPG
IVP_7713.JPG
IVP_7719.JPG
IVP_7755.JPG, 11.20.13

IVP_0857.JPG
IVP_0884.JPG
IVP_0927.JPG
IVP_0944.JPG
IVP_0974.JPG
IVP_0995.JPG
IVP_1009.JPG
IVP_1016.JPG
IVP_1053.JPG
IVP_1125.JPG
IVP_1130.JPG
IVP_1149.JPG
IVP_7836.JPG
IVP_7877.JPG
IVP_7890.JPG
IVP_7905.JPG
IVP_7945.JPG
IVP_8013.JPG
IVP_8037.JPG
IVP_8096.JPG
IVP_8112.JPG
IVP_8127.JPG
IVP_8149.JPG, 11.21.13

IVP_1267.JPG
IVP_1278.JPG

IVP_1282.JPG
IVP_1331.JPG
IVP_1339.JPG
IVP_1348.JPG
IVP_1382.JPG
IVP_1383.JPG
IVP_1405.JPG
IVP_1408.JPG
IVP_1499.JPG
IVP_1505.JPG
IVP_1528.JPG
IVP_1533.JPG
IVP_1535.JPG
IVP_1549.JPG
IVP_1555.JPG
IVP_1566.JPG
IVP_1622.JPG
IVP_1627.JPG
IVP_1631.JPG
IVP_1639.JPG
IVP_1647.JPG
IVP_1654.JPG
IVP_1666.JPG
IVP_1668.JPG
IVP_1683.JPG
IVP_1686.JPG
IVP_1702.JPG
IVP_1717.JPG
IVP_1763.JPG
IVP_1766.JPG
IVP_1768.JPG
IVP_1771.JPG
IVP_1782.JPG
IVP_1785.JPG
IVP_1786.JPG
IVP_1792.JPG
IVP_1798.JPG
IVP_1802.JPG
IVP_1814.JPG
IVP_1816.JPG
IVP_1839.JPG
IVP_1843.JPG, 11.30.13

IVP_1844.JPG
IVP_1845.JPG
IVP_1871.JPG
IVP_1875.JPG
IVP_1893.JPG
IVP_1897.JPG
IVP_1901.JPG
IVP_1915.JPG
IVP_1916.JPG
IVP_1924.JPG
IVP_1933.JPG
IVP_1935.JPG
IVP_1939.JPG
IVP_1943.JPG
IVP_1953.JPG

IVP_1956.JPG
IVP_1958.JPG
IVP_1960.JPG
IVP_1973.JPG
IVP_1986.JPG
IVP_1994.JPG
IVP_1995.JPG
IVP_2006.JPG
IVP_2028.JPG
IVP_2033.JPG
IVP_2035.JPG
IVP_2037.JPG
IVP_2038.JPG
IVP_2039.JPG
IVP_2040.JPG
IVP_2044.JPG
IVP_2052.JPG
IVP_2053.JPG
IVP_2054.JPG
IVP_2056.JPG
IVP_2065.JPG
IVP_2075.JPG
IVP_2099.JPG
IVP_2100.JPG
IVP_2103.JPG
IVP_2118.JPG
IVP_2126.JPG
IVP_2128.JPG
IVP_2130.JPG
IVP_2134.JPG
IVP_2137.JPG
IVP_2142.JPG
IVP_2162.JPG
IVP_2209.JPG
IVP_2215.JPG
IVP_2220.JPG
IVP_2229.JPG
IVP_2243.JPG
IVP_2280.JPG
IVP_2283.JPG
IVP_2286.JPG
IVP_2292.JPG
IVP_2293.JPG
IVP_2295.JPG
IVP_2298.JPG
IVP_2301.JPG
IVP_2305.JPG
IVP_2309.JPG
IVP_2310.JPG
IVP_2314.JPG
IVP_2318.JPG
IVP_2325.JPG
IVP_2331.JPG
IVP_2336.JPG
IVP_2354.JPG
IVP_2358.JPG
IVP_2362.JPG
IVP_2369.JPG

IVP_2376.JPG
IVP_2380.JPG
IVP_2384.JPG
IVP_2385.JPG
IVP_2386.JPG
IVP_2387.JPG
IVP_2389.JPG
IVP_2391.JPG
IVP_2409.JPG
IVP_2410.JPG
IVP_2415.JPG
IVP_2418.JPG
IVP_2420.JPG
IVP_2427.JPG
IVP_2429.JPG
IVP_2431.JPG
IVP_2432.JPG
IVP_2438.JPG
IVP_2439.JPG
IVP_2450.JPG
IVP_2501.JPG
IVP_2512.JPG
IVP_2556.JPG
IVP_2565.JPG
IVP_2584.JPG
IVP_2587.JPG, 11.30.13

IVP_2785.JPG
IVP_2793.JPG
IVP_2803.JPG
IVP_2834.JPG
IVP_2843.JPG
IVP_2847.JPG
IVP_2888.JPG
IVP_2908.JPG
IVP_2919.JPG
IVP_2957.JPG
IVP_2975.JPG
IVP_2983.JPG
IVP_2989.JPG
IVP_2993.JPG
IVP_3011.JPG
IVP_3019.JPG
IVP_3072.JPG
IVP_3114.JPG
IVP_3118.JPG
IVP_3125.JPG
IVP_3140.JPG
IVP_3143.JPG
IVP_3157.JPG
IVP_3161.JPG
IVP_3169.JPG
IVP_3186.JPG
IVP_3189.JPG, 12.12.14

IVP_3346.JPG
IVP_3348.JPG
IVP_3352.JPG

IVP_3356.JPG
IVP_3373.JPG
IVP_3386.JPG
IVP_3393.JPG
IVP_3398.JPG
IVP_3402.JPG
IVP_3412.JPG
IVP_3414.JPG
IVP_3415.JPG
IVP_3418.JPG
IVP_3425.JPG
IVP_3427.JPG
IVP_3430.JPG
IVP_3451.JPG
IVP_3467.JPG
IVP_3473.JPG
IVP_3474.JPG
IVP_3490.JPG
IVP_3508.JPG
IVP_3512.JPG
IVP_3513.JPG
IVP_3528.JPG
IVP_3542.JPG
IVP_3545.JPG
IVP_3547.JPG
IVP_3548.JPG
IVP_3549.JPG
IVP_3553.JPG
IVP_3712.JPG
IVP_3715.JPG
IVP_3719.JPG
IVP_3732.JPG, 12.16.13

IVP_3248.JPG
IVP_3251.JPG
IVP_3252.JPG
IVP_3259.JPG
IVP_3263.JPG
IVP_3266.JPG
IVP_3278.JPG
IVP_3290.JPG
IVP_3309.JPG
IVP_3323-2.JPG
IVP_3331-2.JPG, 12.16.13

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** September 21, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Igor Vidyashev
  **Author Created:** photograph

      **Work made for hire:** No
          **Domiciled in:** Canada

## Copyright Claimant

      **Copyright Claimant:** Igor Vidyashev
          84 Sherwood Road East, Ajax, ON, L1T 2Z2, Canada

## Certification

      **Name:** Richard Liebowitz
      **Date:** January 26, 2018

Case 2:18-cv-03117-JS-SIL   Document 17-3   Filed 06/25/21   Page 15 of 17 PageID #: 159

**Registration #:** VA0002097958
**Service Request #:** 1-6233355031

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

