# EXHIBIT D

Case 2:18-cv-03117-JS-SIL    Document 17-4    Filed 06/25/21    Page 2 of 3 PageID #: 163

🔒 https://www.gettyimages.com/detail/news-photo/inductees-hugh-mcdonald-alec-john-such-david-bryan-john-bon-news-photo/946319032?adppopup=true 🔍

**getty**images

33rd Annual Rock & Roll Hall of Fame Induction Ceremony - Arrivals

CLEVELAND, OH - APRIL 14: (L-R) Inductees Hugh McDonald, Alec John Such, David Bryan, John Bon Jovi, Tico Torres and Richie Sambora of Bon Jovi attend the 33rd Annual Rock & Roll Hall of Fame Induction Ceremony at Public Auditorium on April 14, 2018 in Cleveland, Ohio. (Photo by Mike Coppola/Getty Images For The Rock and Roll Hall of Fame)



⟨⟩ Embed    ▪ Comp    + Save

PURCHASE A LICENSE

Standard editorial rights    Custom rights

Get personalized pricing by telling us about when, where, and how you want to use this image.

SELECT OPTIONS

SAVE TO CART

DETAILS

| | |
|---|---|
| Restrictions: | Contact your local office for all commercial or promotional uses. Full editorial rights UK, US, Ireland, Canada (not Quebec). Restricted editorial rights for daily newspapers elsewhere, please call. |
| Credit: | Mike Coppola / Staff |
| Editorial #: | 946319032 |
| Collection: | Getty Images Entertainment |
| Date created: | April 14, 2018 |
| License type: | Rights-managed |
| Release info: | Not released. More information |
| Source: | Getty Images North America |
| Object name: | 775152775KR00075_33rd_Annua |
| Max file size: | 3500 x 2605 px (11.67 x 8.68 in) - 300 dpi - 2 MB |

○ ○ ○                                    Getty Images

🔒 https://www.gettyimages.com/purchase/price-calculator/946319032                    🔍

## Price a rights-managed image

The license details are shown below. To change any of your selections, click Edit next to the section you want to change. To discard your selections and choose all new ones, click Start over.

**gettyimages**

| License summary | |
|---|---|

| 1. Image usage | Edit |
|---|---|

| | |
|---|---|
| Editorial image #: | 946319032 |
| Use: | Advertising - Print, display and TV |
| Format: | Advertorial |
| This use covers: | Use in an editorial style article (any placement - print or electronic) intended to indirectly promote a product or service. Includes right to archive the image in context of the original scope up to 5 years. |

> **Do you want to license this image for multiple uses?**
> Call or email to ask about:
> Advertising pack: print, outdoor, web

| 2. Usage specs | Edit |
|---|---|

| | |
|---|---|
| Start date: | 25 Jun 2021 |
| Duration: | Up to 3 years |

| 3. Target market | Edit |
|---|---|

| | |
|---|---|
| Territory: | United States |
| Industry: | Arts & Entertainment |

Start over

### Item



Editorial image #:946319032
**$2,900.00 USD**

🛒 **ADD TO CART**

Taxes not applied

**Questions?**

For help with licensing an image for multiple uses, exclusivity, bulk pricing, or other products and services, contact us by email, online or phone.

📧                          **Contact us**

ⓘ **Learn more about licensing**