```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
IGOR VIDYASHEV,

                Plaintiff,
                                                ADOPTION ORDER
        -against-                               18-CV-3117(JS)(SIL)

VISUAL ID SOURCE, INC.,

                Defendant.
---------------------------------------X
APPEARANCES
For Plaintiff:         Richard Liebowitz, Esq.
                       James H. Freeman, Esq.
                       Liebowitz Law Firm, PLLC
                       11 Sunrise Plaza, Suite 305
                       Valley Stream, New York  11580

For Defendant:         No appearances.
```

SEYBERT, District Judge:

Plaintiff Igor Vidyashev ("Plaintiff") commenced this action against Visual ID Source, Inc. ("Defendant"), alleging violations of the Copyright Act, 17 U.S.C. §§ 106 and 501, and the Digital Millennium Copyright Act, 17 U.S.C. § 1202(b).  (See Compl., ECF No. 1.)  On June 25, 2021, Plaintiff filed a motion for default judgment against Defendant (Mot., ECF No. 14), and on June 28, 2021, this Court referred the motion to Magistrate Judge Steven I. Locke for a report and recommendation (June 28, 2021 Elec. Order).

On September 28, 2021, Judge Locke issued a Report and Recommendation ("R&R") recommending that the Court grant Plaintiff's motion for default judgment and award Plaintiff

1

(1) $2,900 in actual damages under the Copyright Act, and (2) $400 is fees, plus (3) post-judgment interest. (R&R, ECF No. 21, at 11-13.)  On September 30, 2021, Plaintiff served the R&R on Defendant. (Cert. Serv., ECF No. 22.)

The time to object has expired and no objections to the R&R have been filed.  Upon careful review and consideration, the Court finds Judge Locke's R&R to be comprehensive, well-reasoned, and free of clear error.  Accordingly, the Court ADOPTS the R&R (ECF No. 21) in its entirety and Plaintiff's motion for a default judgment (ECF No. 14) is GRANTED as against Defendant.  Plaintiff is awarded $3,300 in damages, inclusive of damages under the Copyright Act and fees, plus post-judgment interest from the date of entry of judgment in this case until Defendant has satisfied the judgment.

The Clerk of the Court is respectfully directed to enter judgment accordingly and mark this case CLOSED.

SO ORDERED.

/s/ JOANNA SEYBERT  
Joanna Seybert, U.S.D.J.

Dated: October  20 , 2021  
       Central Islip, New York

2