**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
IGOR VIDYASHEV,

                    Plaintiff,

- against -

VISUAL ID SOURCE, INC.,

                    Defendant.
----------------------------------------------------------------X

**DEFAULT JUDGMENT**
CV 18-3117 (JS)(SIL)

      An Adoption Order of Honorable Joanna Seybert, United States District Judge, having been filed on October 21, 2021; adopting in its entirety the September 28, 2021 Report and Recommendation of United States Magistrate Judge Steven I. Locke; granting Plaintiff's motion for a default judgment; awarding Plaintiff $3,300.00 in damages, inclusive of damages under the Copyright Act and fees, plus post-judgment interest from the date of entry of judgment in this case until Defendant has satisfied the judgment; and respectfully directing the Clerk of the Court to enter judgment accordingly and mark this case closed, it is

      **ORDERED AND ADJUDGED** that Plaintiff's motion for a default judgment is granted; that Plaintiff Igor Vidyashev is awarded a default judgment as against Defendant Visual ID Source, Inc., in the amount of $3,300.00, plus post-judgment interest from October 21, 2021 until Defendant has satisfied the judgment; and that this case is closed.

Dated: October 21, 2021
       Central Islip, New York

                                          DOUGLAS C. PALMER
                                          CLERK OF THE COURT
                          BY:  /S/ JAMES J. TORITTO
                                          DEPUTY CLERK